IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FILED
04 JUL 29 AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

PAUL WILLIAMSON,                )
                                )
        Plaintiff,               )
                                )
v.                              )   CIVIL ACTION NO. 03-AR-3256-M
                                )
ANNISTON ARMY DEPOT             )
MAINTENANCE DIVISION,           )
                                )
        Defendant.               )

ENTERED
JUL 29 2004

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the plaintiff and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 11) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the plaintiff's complaint is due to be dismissed in its entirety as the government is protected by the doctrine of sovereign immunity. Alternatively, the plaintiff has failed to exhaust his administrative remedies and is barred by the applicable statute of limitations. An appropriate order will be entered.

DONE, this 29th day of July, 2004.

_____
WILLIAM M. ACKER, JR.
SENIOR UNITED STATES DISTRICT JUDGE

